UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED IN OPEN COURT,
OCALA, FLORIDA

AUG - 9 2002

U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JAMES BECK,

        Plaintiff,

-vs-                                Case No.  5:95-cv-123-Oc-10GRJ

FLORIDA POWER CORPORATION,

        Defendant.

_____/

## SPECIAL INTERROGATORIES
## TO THE JURY

**Do you find from a preponderance of the evidence:**

1.     That the Plaintiff's employment was terminated by the
Defendant and that the Plaintiff's age was a substantial or motivating
factor that prompted the Defendant to take that action?

        Answer Yes or No   NO

        [**Note**:     If you answered No to Question 1
                you need not answer the following
                questions.]

**SCANNED**

)                          )

UNITED STATES DISTRICT COURT **FILED IN OPEN COURT**
MIDDLE DISTRICT OF FLORIDA   OCALA, FLORIDA
OCALA DIVISION

**AUG - 9 2002**

WILLIAM J. KENEFICK,

     Plaintiff,          U. S. DISTRICT COURT
                             MIDDLE DISTRICT OF FLORIDA

-vs-                          Case No.  5:95-cv-123-Oc-10GRJ

FLORIDA POWER CORPORATION,

     Defendant.

_____/


### SPECIAL INTERROGATORIES
### TO THE JURY


**Do you find from a preponderance of the evidence:**

1.  That the Plaintiff's employment was terminated by the Defendant and that the Plaintiff's age was a substantial or motivating factor that prompted the Defendant to take that action?

    Answer Yes or No    NO _____

    [**Note**:    If you answered No to Question 1 you need not answer the following questions.]

2.     That the Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No     _____

If your answer is Yes, in what amount?     $_____

3.     That the Plaintiff should be awarded damages to compensate for a net loss of wages to the date of trial?

Answer Yes or No     _____

If your answer is Yes, in what amount?     $_____

4.     That the Plaintiff should be awarded damages to compensate for a net loss of wages in the future reduced to present value?

Answer Yes or No     _____

If your answer is Yes, in what amount?     $_____

5.     That the Plaintiff should be awarded damages to compensate for lost pension benefits (including any 401K plan) in the past and in the future, reduced to present value?

Answer Yes or No     _____

If your answer is Yes, in what amount?     $_____

6.   That the Defendant "willfully" violated the law (as that term is defined in the Court's instructions)?

Answer Yes or No   _____

SO SAY WE ALL.

_____
Foreperson

Dated: 08 09 02 _____

3

)                                    )

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED IN OPEN COURT
OCALA, FLORIDA

AUG - 9 2002

U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

WILLIAM E. HOOVER,

     Plaintiff,

-vs-                                    Case No.  5:95-cv-123-Oc-10GRJ

FLORIDA POWER CORPORATION,

     Defendant.
_____/

## SPECIAL INTERROGATORIES
## TO THE JURY

**Do you find from a preponderance of the evidence:**

1.    That the Plaintiff's employment was terminated by the Defendant and that the Plaintiff's age was a substantial or motivating factor that prompted the Defendant to take that action?

    Answer Yes or No    NO_____

    [**Note**:    If you answered No to Question 1 you need not answer the following questions.]

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED IN OPEN COURT

OCALA, FLORIDA

AUG - 9 2002

U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ROBERT FREELAND,

     Plaintiff,

-vs-                  Case No.  5:95-cv-123-Oc-10GRJ

FLORIDA POWER CORPORATION,

     Defendant.

_____/

## SPECIAL INTERROGATORIES
## TO THE JURY

**Do you find from a preponderance of the evidence:**

1.    That the Plaintiff's employment was terminated by the Defendant and that the Plaintiff's age was a substantial or motivating factor that prompted the Defendant to take that action?

     Answer Yes or No   NO_____

    [**Note**:   If you answered No to Question 1
                you need not answer the following
                questions.]

2.      That the Plaintiff should be awarded damages to compensate for a net loss of wages to the date of trial?

Answer Yes or No      _____

If your answer is Yes, in what amount?      $_____

3.      That the Plaintiff should be awarded damages to compensate for a net loss of wages in the future reduced to present value?

Answer Yes or No      _____

If your answer is Yes, in what amount?      $_____

4.      That the Plaintiff should be awarded damages to compensate for lost pension benefits (including any 401K plan) in the past and in the future, reduced to present value?

Answer Yes or No      _____

If your answer is Yes, in what amount?      $_____

5.    That the Defendant "willfully" violated the law (as that term is defined in the Court's instructions)?

Answer Yes or No    _____

SO SAY WE ALL.    _Daniel W Jernigan_____
Foreperson

Dated: _08 0902_____

3

)                                    )

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED IN OPEN COURT
OCALA, FLORIDA

AUG - 9 2002

U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

DONALD BROECKEL,

   Plaintiff,

-vs-                                    Case No.  5:95-cv-123-Oc-10GRJ

FLORIDA POWER CORPORATION,

   Defendant.
_____/

## SPECIAL INTERROGATORIES
## TO THE JURY

**Do you find from a preponderance of the evidence:**

1.    That the Plaintiff's employment was terminated by the Defendant and that the Plaintiff's age was a substantial or motivating factor that prompted the Defendant to take that action?

Answer Yes or No    NO

[**Note**:    If you answered No to Question 1 you need not answer the following questions.]

2.      That the Plaintiff should be awarded damages to compensate for a net loss of wages to the date of trial?

      Answer Yes or No      _____

      If your answer is Yes, in what amount?      $_____

3.      That the Plaintiff should be awarded damages to compensate for a net loss of wages in the future reduced to present value?

      Answer Yes or No      _____

      If your answer is Yes, in what amount?      $_____

4.      That the Plaintiff should be awarded damages to compensate for lost pension benefits (including any 401K plan) in the past and in the future, reduced to present value?

      Answer Yes or No      _____

      If your answer is Yes, in what amount?      $_____

5.   That the Defendant "willfully" violated the law (as that term is defined in the Court's instructions)?

Answer Yes or No   _____

SO SAY WE ALL.

_____
Foreperson

Dated: 08 09 02 _____

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED IN OPEN COURT
OCALA, FLORIDA

AUG - 9 2002

U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

RAYMOND LONG,

    Plaintiff,

-vs-                    Case No.  5:95-cv-123-Oc-10GRJ

FLORIDA POWER CORPORATION,

    Defendant.

_____/

## SPECIAL INTERROGATORIES
## TO THE JURY

**Do you find from a preponderance of the evidence:**

1.    That the Plaintiff's employment was terminated by the Defendant and that the Plaintiff's age was a substantial or motivating factor that prompted the Defendant to take that action?

    Answer Yes or No    NO

    [**Note**:    If you answered No to Question 1 you need not answer the following questions.]

)                                         )

2.      That the Plaintiff should be awarded damages to compensate for

a net loss of wages to the date of trial?

        Answer Yes or No      _____

        If your answer is Yes, in what amount?      $_____

3.      That the Plaintiff should be awarded damages to compensate for

a net loss of wages in the future reduced to present value?

        Answer Yes or No      _____

        If your answer is Yes, in what amount?      $_____

4.      That the Plaintiff should be awarded damages to compensate for

lost pension benefits (including any 401K plan) in the past and in the future,

reduced to present value?

        Answer Yes or No      _____

        If your answer is Yes, in what amount?      $_____

)                                        )

5.    That the Defendant "willfully" violated the law (as that term is

defined in the Court's instructions)?

Answer Yes or No        _____


SO SAY WE ALL.

                                   _Daniel W. Jernigan_____
                                        Foreperson

Dated: _08 09 02_____

3

)                                    )

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**FILED IN OPEN COURT**
OCALA, FLORIDA

AUG - 9 2002

U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ADOLFO PAZ,

    Plaintiff,

-vs-                    Case No.  5:95-cv-123-Oc-10GRJ

FLORIDA POWER CORPORATION,

    Defendant.

_____/

## SPECIAL INTERROGATORIES
## TO THE JURY

**Do you find from a preponderance of the evidence:**

1.    That the Plaintiff's employment was terminated by the Defendant and that the Plaintiff's age was a substantial or motivating factor that prompted the Defendant to take that action?

    Answer Yes or No   NO

    [**Note**:   If you answered No to Question 1 you need not answer the following questions.]

2.      That the Plaintiff should be awarded damages to compensate for a net loss of wages to the date of trial?

       Answer Yes or No        _____

       If your answer is Yes, in what amount?        $_____

3.      That the Plaintiff should be awarded damages to compensate for a net loss of wages in the future reduced to present value?

       Answer Yes or No        _____

       If your answer is Yes, in what amount?        $_____

4.      That the Plaintiff should be awarded damages to compensate for lost pension benefits (including any 401K plan) in the past and in the future, reduced to present value?

       Answer Yes or No        _____

       If your answer is Yes, in what amount?        $_____

5.   That the Defendant "willfully" violated the law (as that term is

defined in the Court's instructions)?

Answer Yes or No   _____

SO SAY WE ALL.

_____
Foreperson

Dated: _09 09 02_____

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED IN OPEN COURT
OCALA, FLORIDA

AUG - 9 2002

U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MARK PETERSON,

    Plaintiff,

-vs-                    Case No.  5:95-cv-123-Oc-10GRJ

FLORIDA POWER CORPORATION,

    Defendant.

_____/

## SPECIAL INTERROGATORIES
## TO THE JURY

**Do you find from a preponderance of the evidence:**

1.    That the Plaintiff's employment was terminated by the Defendant and that the Plaintiff's age was a substantial or motivating factor that prompted the Defendant to take that action?

    Answer Yes or (No)  NO

    [**Note**:    If you answered No to Question 1 you need not answer the following questions.]

2.      That the Plaintiff should be awarded damages to compensate for a net loss of wages to the date of trial?

Answer Yes or No       _____

If your answer is Yes, in what amount?       $_____

3.      That the Plaintiff should be awarded damages to compensate for a net loss of wages in the future reduced to present value?

Answer Yes or No       _____

If your answer is Yes, in what amount?       $_____

4.      That the Plaintiff should be awarded damages to compensate for lost pension benefits (including any 401K plan) in the past and in the future, reduced to present value?

Answer Yes or No       _____

If your answer is Yes, in what amount?       $_____

5.      That the Defendant "willfully" violated the law (as that term is defined

in the Court's instructions)?

Answer Yes or No          _____


SO SAY WE ALL.

_____
Foreperson

Dated: __08 09 02_____

)                                    )

UNITED STATES DISTRICT COURT FILED IN OPEN COURT
MIDDLE DISTRICT OF FLORIDA        OCALA, FLORIDA
OCALA DIVISION

AUG - 9 2002

U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TERRANCE RYAN,

    Plaintiff,

-vs-                                    Case No.  5:95-cv-123-Oc-10GRJ

FLORIDA POWER CORPORATION,

    Defendant.

_____/

## SPECIAL INTERROGATORIES
## TO THE JURY

**Do you find from a preponderance of the evidence:**

1.   That the Plaintiff's employment was terminated by the Defendant and that the Plaintiff's age was a substantial or motivating factor that prompted the Defendant to take that action?

Answer Yes or No   NO

[**Note**:   If you answered No to Question 1 you need not answer the following questions.]

2.      That the Plaintiff should be awarded damages to compensate for a net loss of wages to the date of trial?

      Answer Yes or No        _____

      If your answer is Yes, in what amount?        $_____


3.      That the Plaintiff should be awarded damages to compensate for a net loss of wages in the future reduced to present value?

      Answer Yes or No        _____

      If your answer is Yes, in what amount?        $_____


4.      That the Plaintiff should be awarded damages to compensate for lost pension benefits (including any 401K plan) in the past and in the future, reduced to present value?

      Answer Yes or No        _____

      If your answer is Yes, in what amount?        $_____

5.    That the Defendant "willfully" violated the law (as that term is defined

in the Court's instructions)?

       Answer Yes or No    _____

      SO SAY WE ALL.

                                              Foreperson

Dated: 08 09 02

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED IN OPEN COURT
OCALA, FLORIDA

AUG - 9 2002

U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

STEVE TWITTY,

     Plaintiff,

-vs-                    Case No.  5:95-cv-123-Oc-10GRJ

FLORIDA POWER CORPORATION,

     Defendant.

_____/

## SPECIAL INTERROGATORIES
## TO THE JURY

### Do you find from a preponderance of the evidence:

1.    That the Plaintiff's employment was terminated by the Defendant and that the Plaintiff's age was a substantial or motivating factor that prompted the Defendant to take that action?

    Answer Yes or No   NO_____

       [**Note**:   If you answered No to Question 1
               you need not answer the following
               questions.]

2.      That the Plaintiff should be awarded damages to compensate for a net loss of wages to the date of trial?

Answer Yes or No        _____

If your answer is Yes, in what amount?        $_____

3.      That the Plaintiff should be awarded damages to compensate for a net loss of wages in the future reduced to present value?

Answer Yes or No        _____

If your answer is Yes, in what amount?        $_____

4.      That the Plaintiff should be awarded damages to compensate for lost pension benefits (including any 401K plan) in the past and in the future, reduced to present value?

Answer Yes or No        _____

If your answer is Yes, in what amount?        $_____

5.    That the Defendant "willfully" violated the law (as that term is

defined in the Court's instructions)?

        Answer Yes or No    _____


      SO SAY WE ALL.

                          Foreperson

Dated: 08 09 02 _____

3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED IN OPEN COURT
OCALA, FLORIDA

AUG - 9 2002

U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

WENDY WHEELER,

    Plaintiff,

-vs-                         Case No.  5:95-cv-123-Oc-10GRJ

FLORIDA POWER CORPORATION,

    Defendant.

_____/

## SPECIAL INTERROGATORIES
## TO THE JURY

**Do you find from a preponderance of the evidence:**

1.    That the Plaintiff's employment was terminated by the Defendant and that the Plaintiff's age was a substantial or motivating factor that prompted the Defendant to take that action?

Answer Yes or (No)   NO

    [**Note**:   If you answered No to Question 1 you need not answer the following questions.]

2.     That the Plaintiff should be awarded damages to compensate for a net loss of wages to the date of trial?

Answer Yes or No     _____

If your answer is Yes, in what amount?     $_____

3.     That the Plaintiff should be awarded damages to compensate for a net loss of wages in the future reduced to present value?

Answer Yes or No     _____

If your answer is Yes, in what amount?     $_____

4.     That the Plaintiff should be awarded damages to compensate for lost pension benefits (including any 401K plan) in the past and in the future, reduced to present value?

Answer Yes or No     _____

If your answer is Yes, in what amount?     $_____

5.    That the Defendant "willfully" violated the law (as that term is defined

in the Court's instructions)?

Answer Yes or No    _____

SO SAY WE ALL.

_____
Foreperson

Dated: 08 09 02 _____

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED IN OPEN COURT
OCALA, FLORIDA

AUG - 9 2002

U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

BARRY WOOD,

    Plaintiff,

-vs-                        Case No.  5:95-cv-123-Oc-10GRJ

FLORIDA POWER CORPORATION,

    Defendant.

_____/

## SPECIAL INTERROGATORIES
## TO THE JURY

**Do you find from a preponderance of the evidence:**

1.    That the Plaintiff's employment was terminated by the Defendant and that the Plaintiff's age was a substantial or motivating factor that prompted the Defendant to take that action?

    Answer Yes or No   NO_____

    [**Note**:   If you answered No to Question 1 you need not answer the following questions.]

2.      That the Plaintiff should be awarded damages to compensate for a

net loss of wages to the date of trial?

        Answer Yes or No        _____

        If your answer is Yes, in what amount?        $_____


3.      That the Plaintiff should be awarded damages to compensate for a

net loss of wages in the future reduced to present value?

        Answer Yes or No        _____

        If your answer is Yes, in what amount?        $_____


4.      That the Plaintiff should be awarded damages to compensate for lost

pension benefits (including any 401K plan) in the past and in the future, reduced

to present value?

        Answer Yes or No        _____

        If your answer is Yes, in what amount?        $_____

5.      That the Defendant "willfully" violated the law (as that term is defined

in the Court's instructions)?

Answer Yes or No          _____


SO SAY WE ALL.

Foreperson

Dated: 08 0902