# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

FILED

2002 AUG -9 PM 4: 14

CLERK, U.S. DISTRICT COURT
OCALA, FLORIDA

**JUDGMENT IN A CIVIL CASE**

JAMES BECK, et al.,

v.                                      Case No. 5:95-cv-123-Oc-10GRJ

FLORIDA POWER CORP.

_____/

__X__   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiffs, JAMES BECK, WILLIAM KENEFICK, WILLIAM E. HOOVER, ROBERT FREELAND, DONALD BROECKEL, RAYMOND LONG, ADOLFO PAZ, MARK PATERSON, TERRANCE RYAN, STEVE TWITTY, WENDY WHEELER, and BARRY WOOD, take nothing, that the action be dismissed on the merits, and that the defendant, FLORIDA POWER CORP., recover of the plaintiffs, JAMES BECK, WILLIAM KENEFICK, WILLIAM E. HOOVER, ROBERT FREELAND, DONALD BROECKEL, RAYMOND LONG, ADOLFO PAZ, MARK PATERSON, TERRANCE RYAN, STEVE TWITTY, WENDY WHEELER, and BARRY WOOD, its costs of action.

Date: August 9, 2002

Sheryl L. Loesch
Clerk

_(signature)_
(By) Deputy Clerk

Copies to Counsel

**SCANNED**

Date Printed: 08/13/2002

Notice sent to:


 Edward L. Scott, Esq.
Edward L. Scott, P.A.
409 SE Fort King St.
Ocala, FL  34471

___ Scott Charlton, Esq.
Clark, Charlton & Martino, P.A.
3407 W. Kennedy Blvd.
P.O. Box 24268
Tampa, FL  33623

___ Dock A. Blanchard, Esq.
Blanchard, Merriam, Adel & Kirkland
4 SE Broadway
P.O. Box 1869
Ocala, FL  34478

___ J. Lewis Sapp, Esq.
Elarbee, Thompson, Sapp & Wilson, LLP
800 International Tower
229 Peachtree St., NE
Atlanta, GA  30303

___ Nancy F. Reynolds, Esq.
Elarbee, Thompson, Sapp & Wilson, LLP
800 International Tower
229 Peachtree St., NE
Atlanta, GA  30303

___ Rodney Edwin Gaddy, Esq.
Florida Power Corporation
P.O. Box 14042 (MAC A5C)
St. Petersburg, FL  33733

___ Thomas M. Gonzalez, Esq.
Thompson, Sizemore & Gonzalez, P.A.
501 E. Kennedy Blvd., Suite 1400
Tampa, FL  33602-0639

___ Glen D. Nager, Esq.
Jones, Day, Reavis & Pogue
51 Louisiana Ave., NW
Washington, DC  20001

___ Alison B. Marshall, Esq.
Jones, Day, Reavis & Pogue
51 Louisiana Ave. NW
Washington, DC  20001-2113

___ Suzanne A. Ennis, Esq.
Florida Power Corporation
One Progress Plaza, Suite 1500

P.O. Box 4042
St. Petersburg, FL  33733-4042

___  Shane T. Munoz, Esq.
     Zinober & McCrea, P.A.
     201 E. Kennedy Blvd., Suite 800
     Tampa, FL  33602