# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**JUDGMENT IN A CIVIL CASE**

KERMIT LASSITER,

v.  Case No. 5:95-cv-123-Oc-10GRJ

FLORIDA POWER CORP.

_____/

__X__ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff, KERMIT LASSITER, take nothing, that the action be dismissed on the merits, and that the defendant, FLORIDA POWER CORP., recover of the plaintiff, KERMIT LASSITER, its costs of action.

Date: April 1, 2003

Sheryl L. Loesch
Clerk

(By) Deputy Clerk

Copies to Counsel

F I L E   C O P Y

Date Printed: 04/01/2003

Notice sent to:

   Rodney Edwin Gaddy, Esq.
  Florida Power Corporation
  P.O. Box 14042 (MAC A5C)
  St. Petersburg, FL   33733

___   Thomas M. Gonzalez, Esq.
  Thompson, Sizemore & Gonzalez, P.A.
  501 E. Kennedy Blvd., Suite 1400
  P.O. Box 639
  Tampa, FL   33601

___   Glen D. Nager, Esq.
  Jones, Day, Reavis & Pogue
  51 Louisiana Ave., NW
  Washington, DC   20001

___   Alison B. Marshall, Esq.
  Jones, Day, Reavis & Pogue
  51 Louisiana Ave. NW
  Washington, DC   20001-2113

___   Suzanne A. Ennis, Esq.
  Florida Power Corporation
  One Progress Plaza, Suite 1500
  P.O. Box 14042
  St. Petersburg, FL   33733-4042

___   Dock A. Blanchard, Esq.
  Blanchard, Merriam, Adel & Kirkland
  4 SE Broadway
  P.O. Box 1869
  Ocala, FL   34478

___   Kermit Lassiter
  P.O. Box 853
  Chiefland, FL   32644

___   Shane T. Munoz, Esq.
  Zinober & McCrea, P.A.
  201 E. Kennedy Blvd., Suite 800
  Tampa, FL   33602